# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 11 2008 ★
BROOKLYN OFFICE**

1. Title of Case: **United States v. Ricardo Marian Fanchini**

2. Related Magistrate Docket Number(s):

   None (X)

3. Arrest Date: **10-03-07**

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks ( )
   More than 6 weeks (X)

7. County in which crime was allegedly committed: Brooklyn and Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   (X) Yes  ( ) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Steven Tiscione
Assistant U.S. Attorney
718-254-6317

Rev. 3/22/01