

| | |
|---|---|
| U.S. Department of Justice<br>**Federal Prisons System**<br>Metropolitan Detention Center<br>Brooklyn, NY | Number : BRO 5267.08A<br><br>DATE : November 30, 2006<br><br>SUBJECT: Inmate Visiting<br><br>OPI:  CORRECTIONAL SERVICES |

# Institution Supplement

1. **PURPOSE AND SCOPE:** To establish the local inmate visiting procedures at the Metropolitan Detention Center, Brooklyn, New York.

2. **DIRECTIVES AFFECTED:**

    A. **Directives Rescinded:** Institution Supplement Inmate Visiting, BRO-5267.06F, dated November 1, 2005.

    B. **Directives Referenced:**

    (1) Program Statement 1315.07, Inmate Legal Activities, dated 11/5/99
    (2) Program Statement 4500.04CN09, Trust Fund Warehouse Laundry Manual, dated September 24, 2004
    (3) Program Statement 5100.08, Security Designation and Custody Classification, dated September 12, 2006
    (4) Program Statement 5267.08, Visiting Regulations, dated May 11, 2006.
    (5) Program Statement 5270.07, Inmate Discipline and Special Housing Units, dated March 20, 2006
    (6) Program Statement 5280.08, Furloughs, dated February 4, 1998.
    (7) Program Statement 5500.11, Correctional Services Manual, dated October 10, 2003.
    (8) Program Statement 5500.12, Correctional Services Procedures Manual, dated October 10, 2003.
    (9) Program Statement 5510.09, Searching/Detaining Non-Inmates; Arresting Authority; Use of Metal Detector, dated March 6, 1998.
    (10) Program Statement 5521.05, Searches of Housing Units, Inmates and Inmate Work Areas, dated June 30, 1997.
    (11) Program Statement 7331.04, Pre-Trial Inmates, dated January 31, 2003.

3. **STANDARDS REFERENCED:** American Correctional Association 4th Edition Standards for Adult Correctional Institutions :  4-ALDF: 3D-17, 4A-01, 5D-10, 5D-11, 5D-12, 5D-15, 5D-16.

BRO 5267.08A
Page 2

4. **PROCEDURES:**

   **A. Visiting Facilities:** Ordinarily, visits not requiring additional security measures will be conducted in the institution Visiting Room located on the first floor. This will also include inmates housed in the Special Housing Unit. Separate areas within the Visiting Room have been provided for attorney visits. These rooms will not be utilized for social visits under any circumstances.

   1. Use of Rest Rooms: Visitors and inmates will not be allowed to use the same restrooms. Restroom facilities are available in the front lobby for use by approved visitors. There are also separate restrooms for the visitors and inmates inside the Visiting Room. Any inmate using the restroom will be escorted and remain under constant visual supervision.

   2. Exit Procedures: Inmates requesting to depart the Visiting Room will not be readmitted. Visitors will immediately depart the Visiting Room after completion of their visit. All inmates will be identified by picture card prior to their visitor's departure from the Visiting Room.

   **B. Visiting Hours:** In an effort to accommodate the inmate population and alleviate congestion during evening visitations, an "odd/even" system has been implemented. Specifically, there will be two different visiting periods, i.e., 12:00 p.m.- 3:00 p.m. and 5:00 p.m. - 7:30 p.m. during regular visiting days and holidays. On regular visiting days and holidays, visitors will not be permitted to enter the facilities after 6:30 p.m. and on weekends visitors will not be permitted to enter the facilities after 2:00 p.m. Visitors will be advised at 2:45 p.m. all visits will end at 3:00 p.m. on weekends. Visitors will be advised at 7:15 p.m. on regular visiting days and holidays, that all visits will end at 7:30 p.m.

   The authorized visiting period will be determined by the 5th digit of the inmate's register number, disregarding the 3 digit suffix and will be dictated by the appropriate floor on which they are housed. For example, an inmate housed on the 5th Floor with Register Number 00005-053 will follow the "odd" number schedule and one with the Register Number 00006-053 will follow the "even" number schedule. During even months (February, April, June, October, and December), those inmates who have a register number with an even 5th digit will visit in the afternoon, and those inmates who have an odd 5th digit will visit in the evening. During the "odd" months (January, March, May, July, September, and November), the visiting times would reverse, i.e., those inmates who have a register number with an odd 5th digit will visit in the afternoon and those inmates with an even 5th digit will visit in the evening.

BRO 5267.08A
Page 3

Each visiting session permits an entire housing unit to visit during one specific date. The sessions are as follows:

**West Building:**

| | | |
|---|---|---|
| ___Sunday | - | 8:00 AM - 3:00 PM - Work Cadre inmates only |
| ___Monday - Friday | - | 12:00 PM - 3:00 PM - Afternoon visiting session |
| | | 5:00 PM - 7:30 PM - Evening visiting session |
| Saturday | - | 8:00 AM - 3:00 PM - Work Cadre inmates only |
| Holidays | - | 12:00 PM - 3:00 PM - Afternoon visiting session |
| | | 5:00 PM - 7:30 PM - Evening visiting session |

(Visits on federal Holidays will be afforded to the Unit whose regular visiting day falls on the particular holiday date.)

| | | |
|---|---|---|
| Attorney Visiting | - | see Attorney Visiting section of this supplement |

**East Building:**

| | | |
|---|---|---|
| ___Sunday | - | Attorney Visiting Only |
| ___Monday - Friday | - | 12:00 PM - 3:00 PM - Afternoon visiting session |
| | | 5:00 PM - 7:30 PM - Evening visiting session |
| Saturday | - | Attorney Visiting Only |
| Holidays | | 12:00 PM - 3:00 PM - Afternoon visiting session |
| | | 5:00 PM - 7:30 PM - Evening visiting session |

(Visits on federal Holidays will be afforded to the Unit whose regular visiting day falls on the particular holiday date.)

| | | |
|---|---|---|
| Attorney Visiting | - | see Attorney Visiting section of this supplement |

The processing of visitors will commence 30 minutes prior to the visiting period. Visitors arriving at the institution 60 minutes before the end of any visiting period will not be processed.

> **NOTE:** Should inmates be present in the Visiting Room during official counts or institutional lock down accountability census checks, they will be recorded on an official out count/lock down census form and officially counted in the Visiting Room.
>
> C. **Visiting Limitations:** All inmates will be afforded the opportunity to visit for one hour. Extended visits will be approved by the Unit Manager and Captain. The inmate's visiting time will begin when the inmate arrives to the Visiting Room. Inmates will be afforded the opportunity to participate in social visiting at least four (4) hours per month. During visitation sessions, only four social visitors per inmate will be allowed access to the Visiting Room at one time. Inmates will be allowed only one social visit on a single day. Visitors may only visit one inmate at a time unless the inmates are immediate

BRO 5267.08A
Page 4

family members. Any questions related to visiting more than one inmate at a time will be addressed by the unit staff.

Inmates that have children in excess of the maximum visitors allowed will need prior approval from the Unit Manager before the visit.

Ordinarily, social visitors will not be permitted to visit with inmates assigned to different housing units as visiting is based on an inmate's assigned housing.

Visitors on social visits will not be permitted to exchange places or alternate with another visitor outside the Visiting Room. Once a social visitor leaves the Visiting Room the visit with that social visitor is considered completed and terminated, and the visitor may not re-enter until the next visiting day.

In the event that the visiting room reaches maximum capacity, the visiting room officer will first request any volunteers willing to terminate their visit early. If overcrowding remains an issue, visits will be terminated by first arrival time.

**D. Implementation of Visiting**: Ordinarily, within the first five working days after arrival, the inmate may establish a visiting list through their Unit Team. Inmates will complete a Request for Visitor Approval Form (Attachment 1), which is reviewed by Unit Staff with the inmate. If further background information is necessary or required, the "Visitor Information Sheet" (BP-309), and "Authorization for Release (Visitor) Form (BP-310), will be completed and returned to the Unit Team. Each visitor will be provided written guidelines for visiting the institution. Visitors will be required to sign a statement (Notification to Visitor Form) each visit acknowledging that the guidelines were provided and declaring they do not have any articles in their possession which could be a threat to the security of the institution. Any visitor who refuses to make a declaration will be denied visiting privileges.

An inmate's visiting list will not be accepted until all information is completed in its entirety on the Visitor Information Sheet (Attachment 2). Once an individual has been approved for visitation, the Unit Counselor will enter the information into the visiting program .

A hard copy of the computerized visiting list will be placed in the inmate's central file and a copy filed in the Counselor's Office as a back up system for the Visiting program. The Unit Counselor will notify the inmate of those visitors who have been approved. A maximum of eight visitors on the visiting list will be authorized. After six months the inmate may request an additional 2 visitors.

The Counselor will provide the inmate information which approved visitors should become familiar with, prior to their first visit. This information will provide them directions to the institution, proper attire, items allowed to bring into the visiting room, etc. It is the inmate's responsibility to inform the visitor of the rules of the visiting room. It is important for