UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

 -against-

RICARDO FANCHINI,

 Defendant.

------------------------------------------------------------X

07 Cr. 736 (S-1) (CPS)

**ORDER**

UPON THE LETTER APPLICATION of Henry E. Mazurek, Esq., defense counsel for defendant Ricardo Fanchini, currently housed at the Brooklyn Metropolitan Detention Center ("MDC Brooklyn"), and registered there as Riccardo Rotmann (number 75712-053): *and on the letter response thereto dated May 13, 2008 from Adam M. Johnson Esq* IT IS HEREBY ORDERED THAT Mr. Fanchini be permitted to meet at the regularly designated social visiting area at the MDC Brooklyn with his son, Richard Rotmann, Jr., and guardian, Ms. Nastsja Rasdobudko on May ~~20, 21,~~ 22, and 23, 2008 at a time convenient to the MDC Brooklyn for two hours on each day. Both Richard Rotmann, Jr. and Nastsja Rasdobudko shall be approved by the MDC Brooklyn to enter the facility according to its usual visitation requirements prior to the above visits.

Dated: Brooklyn, New York
   May 12, 2008

       **SO ORDERED:**

        s/Hon. Charles P. Sifton
        _____
        Hon. Charles P. Sifton, U.S.D.J.

{00008771;1}