BP-S148.055    **INMATE REQUEST TO STAFF**
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| *COUNCELLOR ANDERSSON* | *06.06.08* |
| FROM: | REGISTER NO.: |
| *RICARDO ROTMANN* | *75712-053* |
| WORK ASSIGNMENT: | UNIT: *3 NORTH* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*I KINDLY REQUEST YOU TO HELP ME URGENTLY TO SEE A DOCTOR BECAUSE I HAVE AN ACUTE BACKPAIN. I HAVE ALL SUPPORTING DOCUMENTS FROM MY REGULAR DOCTOR FROM OUTSIDE. HOW YOU ALREADY KNOW I HAVE BEEN SENDING THE SICK CALL REQUESTS EVERY WEEK FOR THE LAST 5 MONTHS. HOWEVER THERE IS NO RESULT AT ALL. THIS IS THE 4th COP-OUT ADDRESSED TO YOU. ~~SO FAR~~ HOWEVER THERE IS ALSO NO RESULT FROM YOU. I REALLY APPRECIATE IF YOU TAKE THIS NOTE ABSOLUTELY SERIOUSLY.*

*Best regards, [signature]*

(Do not write below this line)

DISPOSITION:

| | |
|---|---|
| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94


Printed on Recycled Paper