

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 1, 2008

By Hand

Gerald L. Shargel, Esq.
570 Lexington Avenue
45th Floor
New York, N.Y. 10022

            Re:  United States v. Ricardo Marian Fanchini
                 Criminal Docket No. 07-736 (CPS)

Dear Mr. Shargel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter discovery in the above-referenced.  Additional discovery will be provided on a rolling basis as soon as it becomes available.

        Contained herein are seven compact disks containing audio recordings and draft translated line sheets for wire communications intercepted over the following telephones pursuant to Title III:

        1) 917-443-3736 (1 CD)

        2) 718-668-0010 (1 CD)

        3) 917-969-4550 (1 CD)

        4) 718-938-2000 (3 CDs)

        5) 626-523-9129 (1 CD)

        Please note that draft translated line sheets have been provided as a courtesy and contingent upon the execution of the attached stipulation regarding their inadmissability in court for any purpose.

2

If you have further questions or requests, please contact us.

Very truly yours,

BENTON J. CAMPBELL
United States Attorney

By: _____/s/_____
Steven Tiscione
Toni Mele
Assistant United States Attorneys
(718) 254-6317
(718) 254-6138

Enclosures