

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

TMM (Rule 16 letter # 3)

*271 Cadaman Plaza East 5th Floor*
*Brooklyn, New York  11201*

April 24, 2008

**By Facsimile**
Gerald Shargel, Esq.
570 Lexington Avenue
45th Floor
New York, NY 10022

> Re: United States v. Ricardo Fanchini
> <u>Criminal Docket No. 07 CR 736 (S-1) (CPS)</u>

Dear Mr. Shargel:

This letter provides you with the discovery to which you are entitled pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  This production supplements discovery previously provided.  The government also renews its request for reciprocal discovery.

    1.   <u>Prior Criminal History</u>.  Enclosed is a copy of the defendant's criminal history.

    2.   <u>Documents and Tangible Objects</u>.[1]

The government obtained the following court-authorized search/seizure warrants:

---

[1] Given the volume of documentary discovery, the government plans to make a rolling production.

| DATE OF AUTHORIZATION AND JUDGE | DOCKET NUMBER | PREMISES TO BE SEARCHED/SEIZED |
|---|---|---|
| June 8, 2007<br><br>Hon. Cheryl L. Pollak | 07-M-6982 | Electronic communication records, containing text messages and SMS content for wireless telephone number (718) 938-2000, with ESN/MEID no. 036-15860812, serviced by Verizon Wireless and subscribed to in the name of Global Spirits Marketing, Nikolai Dozortsev, President, 2805 Ocean Parkway, Apt. 10B, Brooklyn, NY |
| June 28, 2007<br><br>Hon. Marilyn D. Go | 07-M-0758 | Email Account Known and Described as Nickydny@verizon.net |
| June 28, 2007<br><br>Hon. Marilyn D. Go | 07-M-757 | Electronic Communication Records, Containing Text Messages and SMS content for Wireless telephone number (917) 443-3736, with IMSI #310260591247687, serviced by T-Mobile USA and listed to Nicky Dozortsev, 2805 Ocean Parkway, Apt. 10B, Brooklyn, NY |
| October 12, 2007<br><br>Hon. Michael Dolinger | 07-Misc-1694 | The premises known and described as 444 West 19th Street, Apartment 304, New York, NY and any closed containers therein |

| October 12, 2007<br><br>Hon. Roanne L. Mann | 07-M-1123 | Affidavit and Complaint in Support of Arrest Warrants; The premises known and described as 2805 Ocean Parkway, Apartment 10B, Brooklyn, New York; and The Premises Known and Described as 161 Nevada Avenue, Staten Island, New York |
|---|---|---|
| October 12, 2007<br><br>Hon Joan M. Azrack | 07 Misc 429 | Freeze Order for all funds on deposit at JP Morgan Chase bank account numbers 726379613/2724993205 in the name of Arthur Dozortsev; All funds on deposit at North Fork bank account number 3014006369 in the name of Dozortsev Realty, LLC.; and All funds on deposit at JP Morgan Chase bank account number 114-042098 in the name of Dozortsev and Sons Trading Company |

      You may request copies of the above-described search/seizure warrants by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print job number 86074.** Copies of the documents seized pursuant to the court-authorized search of 2805 Ocean Parkway, Apartment 10B, Brooklyn, New York and 444 West 19th Street, Apartment 304, New York, New York and all pertinent court-authorized wire interceptions over the 718-938-2000 and 917-443-3726 telephones were previously produced.

      Moreover, available for your review are:

       (a)   28 boxes of documents seized pursuant to the court-authorized search of Dozortsev and Sons Trading Company.

You may request copies of the above-described documents by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print job number 86035, and requesting bates numbers 6373-55724.** Only counsel of record or someone from his or her office will be permitted to obtain the documents.

       (b)(i)  three boxes of documents seized pursuant to the court-authorized search the defendant's residence (19 Connaught House, 1-3 Mount Street, London WIK) on October 3, 2007. In addition to the these documents, numerous compact discs (recordable), numerous cellular telephones and SIM cards, two computer hard drives and two lap top computers were seized from the defendant's residence. The government is in the process of obtaining court-authorized search warrants for the contents of these items. Production of the contents of these items and the search warrants will be made available at a later date.

       (ii)  one box of documents containing identity and miscellaneous documents that accompanied the defendant during his extradition to the United States.

You may request copies of the documents described in (b)(i) and (ii) above by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print job number 86035, and requesting bates numbers 55725-60692.** Only counsel of record or someone from his or her office will be permitted to obtain the documents.

Also, available for your review are ten compact disks containing consensually monitored calls and recordings between a Confidential Informant ("CI") and Roberto Alcaino. You may request copies of the above-described documents by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print job number 86073.** Only counsel of record or someone from his or her office will be permitted to obtain the documents.

Finally, available for your review is the investigative file from the Netherlands pursuant to a Mutual Legal Assistance Treaty Request. The documents in this file are currently being translated from Dutch to English. Draft copies of the relevant translations will be provided at a later date. You may request copies of the above-described documents by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension**

**212, and asking for print job number 86075.** Only counsel of record or someone from his or her office will be permitted to obtain the documents.

As further documentary evidence becomes available, it will be turned over in discovery.

3.  <u>Wiretaps and Consensual Recordings</u>.

There are numerous recorded conversations resulting from court-ordered wiretaps. Copies of several of the United States' wiretaps and draft line sheets were previously provided to you by letters dated February 1 and March 19, 2008. Copies of the applications, affidavits and court orders for telephone numbers 1) 917-443-3736;  2) 718-668-0010; 3) 917-969-4550; 4) 718-938-2000 and 5) 626-523-9129 are now available.  You can request the above-described documents by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print job number 86074**. Only counsel of record or someone from his or her office will be permitted to obtain the documents.  The following is a list of the documents.

| DATE OF AUTHORIZATION AND JUDGE | DOCKET NUMBER | TELEPHONE NUMBER |
|---|---|---|
| June 5, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 | Mobile telephone number (718) 938-2000, with ESN/MEID No. 036-15860812, subscribed to in the name of Global Spirits Marketing, Nikolai Dozortsev, President, 2805 Ocean Parkway, Apt. 10B, Brooklyn, NY |
| June 15, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 (ERK) | Mobile telephone numbers (917) 443-3736, IMSI #310260591247687, a T-Mobile USA cellular telephone listed to Nicky Dozortsev, 2805 Ocean Parkway, Apt 10B, Brooklyn, NY 11235 |

| | | |
|---|---|---|
| July 9, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 | Interception of wire and electronic communications on mobile telephone number (718) 938-2000, with ESN/MEID No. 036-15860812, subscribed to in the name of Global Spirits Marketing, Nikolai Dozortsev, President, 2805 Ocean Parkway, Apt. 10B, Brooklyn, NY; and mobile telephone number (917) 969-4550, an AT&T Wireless telephone with IMEI/ESN No. 353399004671441, subscribed to by Arthur Dozortsev, 10 21st Street, #2, Brooklyn, NY 11232 |
| July 13, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 (ERK) | Mobile Telephone Number (917) 443-3736, IMSI #310260591247687, a T-Mobile USA cellular telephone listed to Nicky Dozortsev, 2805 Ocean Parkway, Apt 10B, Brooklyn, NY 11235 |
| August 7, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 (ERK) | Mobile telephone number (917) 969-4550, an AT&T Wireless telephone with IMEI/ESN No. 353399004671441, subscribed to by Arthur Dozortsev, 10 21st Street, #2, Brooklyn, NY 11232 |

| | | |
|---|---|---|
| August 10, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 (ERK) | Mobile Telephone Number (917) 443-3736, IMSI #310260591247687, a T-Mobile USA cellular telephone listed to Nicky Dozortsev, 2805 Ocean Parkway, Apt 10B, Brooklyn, NY 11235 |
| August 24, 2007<br><br>Hon. Brian M. Cogan | 07-Misc-0240 (ERK) | Mobile telephone number (718) 938-2000, with ESN/MEID No. 036-15860812, subscribed to in the name of Global Spirits Marketing, Nikolai Dozortsev, President, 2805 Ocean Parkway, Apt. 10B, Brooklyn, NY |
| September 4, 2007<br><br>Hon. Brian M. Cogan | 07-Misc-0240 (ERK) | Landline Telephone Number (718) 668-0010, a Verizon New York landline, subscribed to Angela Kiperman, 161 Nevada Avenue, Staten Island, NY |
| September 7, 2007<br><br>Hon. Edward R. Korman | 07-Misc-0240 (ERK) | Mobile Telephone Number (917) 443-3736, IMSI #310260591247687, a T-Mobile USA cellular telephone listed to Nicky Dozortsev, 2805 Ocean Parkway, Apt 10B, Brooklyn, NY 11235 |

| | | |
|---|---|---|
| September 24, 2007<br><br>Hon. Brian M. Cogan | 07-Misc-0240 (ERK) | Mobile telephone number (718) 938-2000, with ESN/MEID No. 036-15860812, subscribed to in the name of Global Spirits Marketing, Nikolai Dozortsev, President, 2805 Ocean Parkway, Apt. 10B, Brooklyn, NY |
| October 5, 2007<br><br>Hon. Brian M. Cogan | 07-Misc-0240 (ERK) | Mobile Telephone Number (917) 443-3736, IMSI #310260591247687, a T-Mobile USA cellular telephone listed to Nicky Dozortsev, 2805 Ocean Parkway, Apt 10B, Brooklyn, NY 11235 |
| October 16, 2007<br><br>Hon. Nicholas G. Garaufis | 07-Misc-0240 (ERK) | Landline telephone number (718) 668-0010, a Verizon New York landline, subscribed to Angela Kiperman, 161 Nevada Avenue, Staten Island, NY |

Further, the Southern District of California, Los Angeles conducted a court-authorized wiretap of two phone numbers associated with Roberto Alcaino: 626-523-9129 and 626-445-4113. Those calls are contained on two compact disks, which were previously provided to you. As the affidavits and court orders become available, they will be turned over.

Finally, three compact discs containing court-authorized wire taps and an index of those audio files from the Netherlands pursuant to a Mutual Legal Assistance Treaty Request is available for your review. The contents of these compact discs are currently being translated into English. Draft transcripts of the recordings will be provided to you by the government at a later date. You may request copies of the above-described compact discs and documents by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480,**

**extension 212, and asking for print job number 86035, and requesting documents bates numbered 60693 - 61357 and the three compact disc labeled "Netherlands."** Only counsel of record or someone from his or her office will be permitted to obtain the documents.

If you have any questions or further requests, please do not hesitate to contact me.

    Very truly yours,

    BENTON J. CAMPBELL
    United States Attorney
    Eastern District of New York

By: _____
    Toni Mele
    Licha Nyiendo
    Assistant U.S. Attorneys
    (718) 254-6138

cc:   Clerk of Court (CPS)