**U.S. Department of Justice**



United States Attorney
Eastern District of New York

---

LMN (Rule 16 letter #4)         271 Cadman Plaza East
F.#2007R000229                   Brooklyn, New York  11201

                                      May 8, 2008


<u>Via Facsimile and U.S. Post</u>

Gerald L. Shargel, Esq.
570 Lexington Avenue
New York, NY 10022
212-446-2330 (facsimile)

    Re:  United States v. Ricardo Fanchini
         <u>Criminal Docket No. 07-736 (S-1) (CPS)</u>

Dear Mr. Shargel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-captioned case. The government reiterates its request for reciprocal discovery.

    Available for your review are:

    (a) a search warrant affidavit for items seized from the London residence of the defendant;

    (b) six compact disks containing consensually monitored recordings of calls/ meetings between an undercover agent ("UC") and Harry Peralta;

    (c) English transcripts of the afore-mentioned calls/ meetings;

    (d) chain of custody forms and photographs of audio tapes;

    (e) photographs of 2812 NW 35th Street, Miami, FL (Century Cab Co.);

    (f) photograph of the Florida driver's license of Jolanta Fanchini;

    (g) microfiche regarding Asia Media Communications;

    (h) photographs of Kremlin Princess;

2

(i) Belgian articles regarding the defendant;

(j) the defendant's address book with telephone numbers;

(k) photographs of the defendant, the defendant's wedding and postcards;

(l) brochure of The Merlin;

(m) Globe Regal Yachting Services document; and

(n) magazine cover with the Kremlin Princess

You may request copies of the above-described documents/items by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print job number 86091.** Only counsel of record or someone from his or her office will be permitted to obtain the documents.

If you have any questions or further requests, please do not hesitate to contact us.

                        Very truly yours,

                        BENTON J. CAMPBELL
                        United States Attorney

By: _____
     Toni M. Mele
     Licha M. Nyiendo
     Alex Solomon
     Assistant U.S. Attorneys
     (718) 254-6138/6350/6074

cc: Clerk of Clerk (CPS)