CP:SLT
F.# 2007R00229/OCDETF # NY-NYE-0534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RICARDO MARIAN FANCHINI,
    also known as "Richard
    Rotmann," "Richard Fanchini,"
    "Riccardo Rotmann," "Riccardo
    Fanchini," "Riccardo Kozina,"
    "Richard Kozina," "Riccardo
    Wojoiechowska," "Jerzy Bank,"
    "Jeazy Bank," "Ioannis
    Skandalis-Themistoklis,"
    "Kozina Ryszaro," "Michael
    Prokupecz," "Aksamity,"
    "Yura," "Warhol," "Rysiek,"
    "Richard Ryjwirski," "Bank,"
    "the Polack," "the Gypsy"
    and "Vasja,"
NIKOLAI DOZORTSEV,
    also known as "Nicky" and
    "Kolja," and
ARTHUR DOZORTSEV,

                Defendants.

- - - - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 07-736 (S-2)(CPS)
(T. 21, U.S.C., §§
841(a)(1), 841(b)(1)(A)(i),
841(b)(1)(A)(ii)(II),
841(b)(1)(C), 846, 848(a),
848(c), 853, 952(a),
959(a), 959(c), 960(a)(1),
960(a)(3), 960(b)(1)(A),
960(b)(1)(B)(ii),
960(b)(3) and 963; T. 18,
U.S.C., §§ 2, 922(g)(1),
924(a)(2), 982, 1347,
1956(h) and 3551 et seq.)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 19 2008 ★

BROOKLYN OFFICE

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Continuing Criminal Enterprise)

    1.   In or about and between 1990 and October 2007,
both dates being approximate and inclusive, within the Eastern
District of New York and elsewhere, the defendant RICARDO MARIAN
FANCHINI, also known as "Richard Rotmann," "Richard Fanchini,"
"Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina,"
"Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy

Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro,"
"Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek,"
"Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and
"Vasja," did knowingly and intentionally engage in a continuing
criminal enterprise, in that he committed violations of Title 21,
United States Code, Sections 841(a), 846, 952(a), 959 and 963,
including violations one through sixteen set forth below, which
violations were part of a continuing series of violations of
those statutes undertaken by the defendant RICARDO MARIAN
FANCHINI, in concert with five or more other persons, with
respect to whom the defendant RICARDO MARIAN FANCHINI occupied a
position of organizer, supervisor and manager, and from which
continuing series of violations the defendant RICARDO MARIAN
FANCHINI obtained substantial income and resources.  The
continuing series of violations, as defined by Title 21, United
States Code, Section 848(c), includes the following violations
set forth below:

<u>Violation One</u>
(Conspiracy to Import Cocaine, Heroin and MDMA)

2.    In or about and between 1990 and October 2007,
both dates being approximate and inclusive, within the Eastern
District of New York and elsewhere, the defendant RICARDO MARIAN
FANCHINI, together with others, did knowingly and intentionally
conspire to import one or more controlled substances into the
United States from a place outside thereof, which offense

involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance; (b) one kilogram or more of a substance containing heroin, a Schedule I controlled substance; and © a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 952(a) and 963.

## Violation Two
### (International Distribution Conspiracy)

3.    In or about and between 1990 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally conspire to distribute one or more controlled substances, intending and knowing that such substances would be imported into the United States from a place outside thereof, which offense involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, (b) one kilogram or more of a substance containing heroin, a Schedule I controlled substance, and (c) a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 959(a) and 963.

## Violation Three
### (Conspiracy to Distribute Cocaine, Heroin and MDMA)

4.    In or about and between 1990 and October 2007, both dates being approximate and inclusive, within the Eastern

District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, (b) one kilogram or more of a substance containing heroin, a Schedule I controlled substance, and (c) a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Violation Four
(Heroin Importation - Courier #1)

5.    In or about February 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

### Violation Five
(Heroin Importation - Courier #2)

6.    In or about February 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally

import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

<u>Violation Six</u>
(Heroin Importation - Courier #3)

7.    In or about March 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

<u>Violation Seven</u>
(Heroin Importation - Courier #4)

8.    In or about March 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

### Violation Eight
(Heroin Importation - Courier #5)

9.    In or about March 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

### Violation Nine
(Heroin Importation - Courier #6)

10.    In or about April 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

## Violation Ten
### (Heroin Importation - Courier #7)

11.   In or about June 1991, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A), and Title 18, United States Code, Section 2.

## Violation Eleven
### (Heroin Distribution)

12.   In or about and between February 1991 and December 1992, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i), and Title 18, United States Code, Section 2.

<u>Violation Twelve</u>
(Attempted Cocaine Possession)

13.   In or about and between January 1997 and December 1999, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(A)(ii)(II) and 846, and Title 18, United States Code, Section 2.

<u>Violation Thirteen</u>
(International Distribution of MDMA)

14.   In or about and between January 2001 and April 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing MDMA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(C), and Title 18, United States Code, Section 2.

8

## Violation Fourteen
(Cocaine Importation)

15.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

## Violation Fifteen
(International Cocaine Distribution)

16.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally distribute a controlled substance, intending and knowing that such substance would be imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(a) and 960(b)(1)(B)(ii), and Title 18, United

States Code, Section 2.

Violation Sixteen
(Attempted Cocaine Possession)

17.   In or about and between January 2005 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a), 841(b)(A)(ii)(II) and 846, and Title 18, United States Code, Section 2.

(Title 21, United States Code, Sections 848(a) and 848(c); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Conspiracy to Import Cocaine, Heroin and MDMA)

18.   In or about and between 1990 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro,"

10

"Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek,"
"Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and
"Vasja," and NIKOLAI DOZORTSEV, also known as "Nicky" and
"Kolja," together with others, did knowingly and intentionally
conspire to import one or more controlled substances into the
United States from a place outside thereof, which offense
involved: (a) five kilograms or more of a substance containing
cocaine, a Schedule II controlled substance, (b) one kilogram or
more of a substance containing heroin, a Schedule I controlled
substance, and © a substance containing MDMA, a Schedule I
controlled substance, all in violation of Title 21, United States
Code, Section 952(a).

        (Title 21, United States Code, Sections 963, 960(a)(1),
960(b)(1)(A), 960(b)(1)(B)(ii) and 960(b)(3); Title 18, United
States Code, Sections 3551 et seq.)

## COUNT THREE
### (International Distribution Conspiracy)

        19.  In or about and between 1990 and October 2007,
both dates being approximate and inclusive, within the Eastern
District of New York and elsewhere, the defendants RICARDO MARIAN
FANCHINI, also known as "Richard Rotmann," "Richard Fanchini,"
"Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina,"
"Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy
Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro,"
"Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek,"

"Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and

"Vasja," and NIKOLAI DOZORTSEV, also known as "Nicky" and

"Kolja," together with others, did knowingly and intentionally

conspire to distribute one or more controlled substances,

intending and knowing that such substances would be imported into

the United States from a place outside thereof, which offense

involved: (a) five kilograms or more of a substance containing

cocaine, a Schedule II controlled substance, (b) one kilogram or

more of a substance containing heroin, a Schedule I controlled

substance, and (c) a substance containing MDMA, a Schedule I

controlled substance, all in violation of Title 21, United States

Code, Section 959(a).

      (Title 21, United States Code, Sections 959(c),

960(a)(3), 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(3) and 963;

Title 18, United States Code, Sections 3551 et seq.)

<u>COUNT FOUR</u>
(Conspiracy to Distribute Cocaine, Heroin and MDMA)

      20.   In or about and between 1990 and October 2007,

both dates being approximate and inclusive, within the Eastern

District of New York and elsewhere, the defendants RICARDO MARIAN

FANCHINI, also known as "Richard Rotmann," "Richard Fanchini,"

"Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina,"

"Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy

Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro,"

"Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek,"
"Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and
"Vasja," and NIKOLAI DOZORTSEV, also known as "Nicky" and
"Kolja," together with others, did knowingly and intentionally
conspire to distribute and possess with intent to distribute one
or more controlled substances, which offense involved: (a) five
kilograms or more of a substance containing cocaine, a Schedule
II controlled substance, (b) one kilogram or more of a substance
containing heroin, a Schedule I controlled substance, and (c) a
substance containing MDMA, a Schedule I controlled substance, all
in violation of Title 21, United States Code, Section 841(a)(1).

     (Title 21, United States Code, Sections 846,
841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II) and 841(b)(1)(C); Title 18,
United States Code, Sections 3551 et seq.)

COUNT FIVE
(Cocaine Importation)

     21.   In or about and between January 2004 and January
2005, both dates being approximate and inclusive, within the
District of South Carolina and elsewhere, the defendant RICARDO
MARIAN FANCHINI, also known as "Richard Rotmann," "Richard
Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo
Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy
Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina
Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"

13

and "Vasja," together with others, did knowingly and
intentionally import a controlled substance into the United
States from a place outside thereof, which offense involved five
kilograms or more of a substance containing cocaine, a Schedule
II controlled substance.

(Title 21, United States Code, Sections 952(a),
960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code,
Sections 2 and 3551 et seq.)

COUNT SIX
(International Cocaine Distribution)

22.    In or about and between January 2004 and January
2005, both dates being approximate and inclusive, within the
District of South Carolina and elsewhere, the defendant RICARDO
MARIAN FANCHINI, also known as "Richard Rotmann," "Richard
Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo
Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy
Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina
Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"
and "Vasja," together with others, did knowingly and
intentionally distribute a controlled substance, intending and
knowing that such substance would be unlawfully imported into the
United States from a place outside thereof, which offense
involved five kilograms or more of a substance containing

14

cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a),
960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code,
Sections 2 and 3551 et seq.)

## COUNT SEVEN
(Attempted Cocaine Possession)

23.   In or about and between January 2005 and October
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants
RICARDO MARIAN FANCHINI, also known as "Richard Rotmann,"
"Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini,"
"Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska,"
"Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis,"
"Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura,"
"Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack,"
"the Gypsy" and "Vasja," and NIKOLAI DOZORTSEV, also known as
"Nicky" and "Kolja," together with others, did knowingly and
intentionally attempt to distribute and possess with intent to
distribute a controlled substance, which offense involved five
kilograms or more of a substance containing cocaine, a Schedule
II controlled substance.

(Title 21, United States Code, Sections 841(a)(1),
841(b)(A)(ii)(II) and 846; Title 18, United States Code, Sections
2 and 3551 et seq.)

15

COUNT EIGHT
(Money Laundering Conspiracy)

24.   In or about and between 1990 and October 2007,
both dates being approximate and inclusive, within the Eastern
District of New York and elsewhere, the defendants RICARDO MARIAN
FANCHINI, also known as "Richard Rotmann," "Richard Fanchini,"
"Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina,"
"Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy
Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro,"
"Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek,"
"Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and
"Vasja," NIKOLAI DOZORTSEV, also known as "Nicky" and
"Kolja," and ARTHUR DOZORTSEV, together with others, did
knowingly and intentionally conspire to conduct financial
transactions in and affecting interstate and foreign commerce, to
wit: the transportation, transmission and transfer of funds to
and through companies and bank accounts, which in fact involved
the proceeds of specified unlawful activity, to wit: narcotics
trafficking, in violation of Title 21, United States Code,
Sections 841(a)(1), 846, 952(a), 959(a) and 963, health care
fraud, in violation of Title 18, United States Code, Section
1347, and trafficking in contraband cigarettes, in violation of
Title 18, United States Code, Section 2342, knowing that the
property involved in the financial transactions represented the
proceeds of some form of unlawful activity, (a) with the intent

16

to promote the carrying on of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and (b) knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

### COUNT NINE
### (Health Care Fraud)

25.   In or about and between April 2003 and August 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," together with others, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a health care benefit program, to wit: Medicaid, and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property owned by and under the custody and control of said health care benefit program in connection with the delivery of and payment for health care benefits and services.

(Title 18, United States Code, Sections 1347, 2 and 3551 et seq.)

17

COUNT TEN
(Health Care Fraud)

26.   In or about and between April 2003 and August 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ARTHUR DOZORTSEV, together with others, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud a health care benefit program, to wit: Medicaid, and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property owned by and under the custody and control of said health care benefit program in connection with the delivery of and payment for health care benefits and services.

(Title 18, United States Code, Sections 1347, 2 and 3551 et seq.)

COUNT ELEVEN
(Felon-In-Possession)

27.   On or about October 13, 2007, within the Eastern District of New York, the defendant NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce one or more firearms, to wit: a Browning .300 caliber "White Gold Medallion" rifle; a Marlin Slugmaster Model 512, 12 Gauge shotgun; a Franchi S.P.A., Brescia Model, 12 Gauge

shotgun; and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATIONS AS TO COUNT ONE
### (Continuing Criminal Enterprise)

28.   The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses, to forfeit (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations; and © any interest in, claims against, and property or contractual rights affording a source of control over, the continuing criminal enterprise, including, but not limited to, the following:

Money Judgment

(a)   a sum of money equal to the total amount of gross proceeds the defendant obtained as a result of the offense, for which the defendants are jointly and severally liable.

Specific Property

(b)   all right, title and interest in the parcel or parcels of real property located in Newark, New Jersey, bounded

19

on the north by Third Avenue East, on the east by Passaic Avenue, on the south by Fourth Avenue East, and on the west by McCarter Highway (New Jersey Route 21);

(c)   all right, title and interest in a Riva 63, Vertigo #12 yacht purchased (or on order) from Lengers Yachts B.V.;

(d)   all right, title and interest in 100,000 shares of Edgetech International, Inc., registered to Arthur Dozortsen, represented by Certificate No. 5379, seized from the residence of Arthur Dozortsev;

(e)   all right, title and interest in 75,000 shares of Sionix, registered to Arthur Dozortsev, represented by Certificate No. 5041, seized from the residence of Arthur Dozortsev;

(f)   all right, title and interest in one 2.19 karat diamond seized from the residence of Nikolai Dozortsev;

(g)   all right, title and interest in $12,073.00 in United States currency seized from the residence of Nikolai Dozortsev;

(h)   all right, title and interest in Account Numbers 726379613 and 2724993205 held in the name of Arthur Dozortsev at JP Morgan Chase;

(i)   all right, title and interest in Account Number 114-042098 held in the name of Dozortsev and Sons Trading at JP

20

Morgan Chase;

(j)   all right, title and interest in Account Number 3014006369 held in the name of Dozortsev Realty, LLC at North Fork Bank;

(k)   all right, title and interest in Condominium Unit 10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York; and

(l)   all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

29.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-

21

described forfeitable property.

(Title 21, United States Code, Section 853)

## CRIMINAL FORFEITURE ALLEGATIONS AS TO COUNTS TWO THROUGH SEVEN
### (Drug Importation, Distribution, and Conspiracy)

30.   The United States hereby gives notice to the
defendants charged in Counts Two through Seven that, upon their
conviction of such offenses, the government will seek forfeiture
in accordance with Title 21, United States Code, Section 853,
which requires any person convicted of such offenses, to forfeit
(a) any property constituting, or derived from, any proceeds
obtained, directly or indirectly, as a result of such violations
and (b) any property used, or intended to be used, in any manner
or part, to commit, or to facilitate the commission of such
violations, including, but not limited to, the following:

### Money Judgment

(a)   a sum of money equal to the total amount of gross
proceeds the defendants' obtained as a result of the offense, for
which the defendants are jointly and severally liable.

### Specific Property

(b)   all right, title and interest in the parcel or
parcels of real property located in Newark, New Jersey, bounded
on the north by Third Avenue East, on the east by Passaic Avenue,
on the south by Fourth Avenue East, and on the west by McCarter
Highway (New Jersey Route 21);

22

(c)   all right, title and interest in a Riva 63, Vertigo #12 yacht purchased (or on order) from Lengers Yachts B.V.;

(d)   all right, title and interest in 100,000 shares of Edgetech International, Inc., registered to Arthur Dozortsen, represented by Certificate No. 5379, seized from the residence of Arthur Dozortsev;

(e)   all right, title and interest in 75,000 shares of Sionix, registered to Arthur Dozortsev, represented by Certificate No. 5041, seized from the residence of Arthur Dozortsev;

(f)   all right, title and interest in one 2.19 karat diamond seized from the residence of Nikolai Dozortsev;

(g)   all right, title and interest in $12,073.00 in United States currency seized from the residence of Nikolai Dozortsev;

(h)   all right, title and interest in Account Numbers 726379613 and 2724993205 held in the name of Arthur Dozortsev at JP Morgan Chase;

(i)   all right, title and interest in Account Number 114-042098 held in the name of Dozortsev and Sons Trading at JP Morgan Chase;

(j)   all right, title and interest in Account Number

23

3014006369 held in the name of Dozortsev Realty, LLC at North Fork Bank;

(k)   all right, title and interest in Condominium Unit 10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York; and

(l)   all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

31.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

(Title 21, United States Code, Section 853)

24

CRIMINAL FORFEITURE ALLEGATION FOR COUNT EIGHT
(Money Laundering Conspiracy)

32.   The United States hereby gives notice to the defendants charged in Count Eight that, upon their conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982, of all property involved in such offense of conviction in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, and all property traceable to such property, including but not limited to, the following:

Money Judgment

(a)   a sum of money equal to the total amount of gross proceeds the defendants' obtained as a result of the offense, for which the defendants are jointly and severally liable.

Specific Property

(b)   all right, title and interest in the parcel or parcels of real property located in Newark, New Jersey, bounded on the north by Third Avenue East, on the east by Passaic Avenue, on the south by Fourth Avenue East, and on the west by McCarter Highway (New Jersey Route 21);

(c)   all right, title and interest in a Riva 63, Vertigo #12 yacht purchased (or on order) from Lengers Yachts B.V.;

(d)   all right, title and interest in 100,000 shares of

25

Edgetech International, Inc., registered to Arthur Dozortsen,
represented by Certificate No. 5379, seized from the residence of
Arthur Dozortsev;

      (e)  all right, title and interest in 75,000 shares of
Sionix, registered to Arthur Dozortsev, represented by
Certificate No. 5041, seized from the residence of Arthur
Dozortsev;

      (f)  all right, title and interest in one 2.19 karat
diamond seized from the residence of Nikolai Dozortsev;

      (g)  all right, title and interest in $12,073.00 in
United States currency seized from the residence of Nikolai
Dozortsev;

      (h)  all right, title and interest in Account Numbers
726379613 and 2724993205 held in the name of Arthur Dozortsev at
JP Morgan Chase;

      (i)  all right, title and interest in Account Number
114-042098 held in the name of Dozortsev and Sons Trading at JP
Morgan Chase;

      (j)  all right, title and interest in Account Number
3014006369 held in the name of Dozortsev Realty, LLC at North
Fork Bank;

      (k)  all right, title and interest in Condominium Unit

10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York; and

(1)    all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

33.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference into Title 18, United States Code, Section 982(b)(1), to seek

27

forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

(Title 21, United States Code, Section 853, Title 18, United States Code, Section 982)

A TRUE BILL

[redacted]
_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD.34
JUN. 85

No.____-__-__-__-__-__

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ NEW YORK

THE UNITED STATES OF AMERICA

vs.

RICARDO MARIAN FANCHINI, a/k/a "Richard
Rothmann," "Richard Fanchini," "Riccardo
Rotmann," "Riccardo Fanchini," "Riccardo Kozina,"
"Richard Kozina," "Riccardo Wojoiechowska,"
"Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-
Themistoklis," "Kozina Ryszaro," "Michael
Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank,"
"the Polack," "the Gypsy" and "Vasja,"
NIKOLAI DOZORTSEV, a/k/a "Nicky" and "Kolja,"
and ARTHUR DOZORTSEV,

Defendants.

# SUPERSEDING INDICTMENT

Cr. No. ___07-736(S-2)(CPS)___
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(I),
841(b)(1)(A)(ii)(II), 841(b)(1)(A)(C)846, 848(a),
848(c),853, 952(a),959(a),959(c)960(a)(1),960(a)(3)
960(b)(1)(A),960(b)(1)(B)(ii), 960(b)(3) and 963;
T.18, U.S.C., §§ 2, 922(g)(1), 924(a)(2), 982,
1347, 1956(h) and 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day.

of _____ A.D. 19 ____

_____
Clerk

Bail, $ _____

STEVE D'ALESSANDRO, AUSA 718-254-6317

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1.  Title of Case:  **United States v. Ricardo Marian Fanchini et al.**

2.  Related Magistrate Docket Number(s): M-07-1123

    None ()

3.  Arrest Date:  **Fanchini (10-03-07); Nikolai Dozortsev (10-13-07);
    Arthur Dozortsev (10-14-07)**

4.  Nature of offense(s):  ☒    Felony
                          ☐    Misdemeanor

5.  Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
    Local E.D.N.Y. Division of Business Rules):
    United States v. Dozortsev et al., 08 CR 044 (CPS)

6.  Projected Length of Trial:    Less than 6 weeks    ()
                                  More than 6 weeks    (X)

7.  County in which crime was allegedly committed: Brooklyn and Queens
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Has this indictment/information been ordered sealed?    ( ) Yes  (X) No

9.  Have arrest warrants been ordered?    ( ) Yes  (X) No

                            BENTON J. CAMPBELL
                            UNITED STATES ATTORNEY

              By:           _____

                            Steven Tiscione
                            Assistant U.S. Attorney
                            718-254-6317

Rev. 3/22/01