

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SLT (Rule 16 letter #6)<br>F.#2007R000229 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

June 20, 2008

<u>Via Facsimile and ECF</u>

TO: Attached Counsel List

      Re:  <u>United States v. Ricardo Fanchini</u>
           <u>Criminal Docket No. 07-736 (S-2)(CPS)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced matter. The government reiterates its requests for reciprocal discovery.

      Available for your review are copies of additional documents recently obtained from Belgium, mostly in Flemish, relating to the Ricardo Fanchini's prior Belgian criminal conviction for money laundering.

      You may request copies of the above-described documents/items by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print number (86132)**. Only counsel of record or someone from his or her office will be permitted to obtain the documents.

      The government also hereby produces a compact disk containing English translations of documents received from the Netherlands and previously produced in their original language. You may request copies of the above-described documents/items by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print number (86132)**. Only counsel of record or someone from his or her office will be permitted to obtain the compact disks and documents.

      The government also hereby produces five compact disks from a 1997-1999 FBI investigation into Ricardo Fanchini and Harry Peralta containing video recordings of meetings between an undercover agent and Peralta, video recordings of the Kremly Princess yacht, and a video recording of Fanchini's wedding to Jolanta Kozina. You may request copies of the above-described documents/items by contacting **Joe Meisner at First Choice Copy,**

**telephone number (718) 381-1480, extension 212, and asking for print number (86132)**. Only counsel of record or someone from his or her office will be permitted to obtain the compact disks and documents.

For the convenience of counsel whose clients were recently superseded into this matter, the government is attaching herein all previous discovery letters containing the print numbers of previously produced evidence. You may request copies of these previously produced materials by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for the print numbers contained in the attached discovery letters**. Only counsel of record or someone from his or her office will be permitted to obtain the compact disks and documents.

If you have any questions or further requests, please do not hesitate to call me.

        Very truly yours,

        BENTON J. CAMPBELL
        United States Attorney

By: _____/s/_____
    Steven Tiscione
    Toni M. Mele
    Licha M. Nyiendo
    Alexander A. Solomon
    Assistant U.S. Attorneys
    (718) 254-6317/6138/6350/6074

cc:  Clerk of Court (CPS)(w/o enclosures)