**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

SLT (Rule 16 letter #7)          *271 Cadman Plaza East*
F.#2007R000229                   *Brooklyn, New York 11201*

June 23, 2008

<u>Via Facsimile and ECF</u>

TO: Attached Counsel List

      Re:  United States v. Ricardo Fanchini
          <u>Criminal Docket No. 07-736 (S-2)(CPS)</u>

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery with respect to the above-referenced matter. The government reiterates its requests for reciprocal discovery.

    Available for your review are copies of Medicaid applications and recertifications sworn to by Artur Dozortsev, Nikolai Dozortsev, Larisa Dozortsev, Eugene Dozortsev and Irena Dozortsev as well as bank records for these individuals demonstrating that the income and assets attested to by each of the above individuals was false.

    You may request copies of the above-described documents/items by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for print number (86135)**. Only counsel of record or someone from his or her office will be permitted to obtain the documents.

    If you have any questions or further requests, please do not hesitate to call me.

                          Very truly yours,

                          BENTON J. CAMPBELL
                          United States Attorney

               By:  _____/s/_____
                     Steven Tiscione
                     Toni M. Mele
                     Licha M. Nyiendo
                     Assistant U.S. Attorneys
                     (718) 254-6317/6138/6350

cc:  Clerk of Court(CPS)