CP:SLT
F.# 2007R00229/OCDETF # NY-NYE-0534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

RICARDO MARIAN FANCHINI,
    also known as "Richard
    Rotmann," "Richard Fanchini,"
    "Riccardo Rotmann," "Riccardo
    Fanchini," "Riccardo Kozina,"
    "Richard Kozina," "Riccardo
    Wojoiechowska," "Jerzy Bank,"
    "Jeazy Bank," "Ioannis
    Skandalis-Themistoklis,"
    "Kozina Ryszaro," "Michael
    Prokupecz," "Aksamity,"
    "Yura," "Warhol," "Rysiek,"
    "Richard Ryjwirski," "Bank,"
    "the Polack," "the Gypsy"
    and "Vasja,"
NIKOLAI DOZORTSEV,
    also known as "Nicky" and
    "Kolja," and
ARTHUR DOZORTSEV,

               Defendants.

- - - - - - - - - - - - - - - - - -X

**S U P E R S E D I N G
I N D I C T M E N T**

Cr. No. 07-736 (S-3)(CPS)
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(ii)(II),
841(b)(1)(C), 841(b)(1)(D)
846, 848(a), 848(c), 853,
952(a), 959(a), 959(c),
960(a)(1), 960(a)(3),
960(b)(1)(B)(ii),
960(b)(3) and 963; T. 18,
U.S.C., §§ 2, 922(g)(1),
924(a)(2), 924(d), 982,
1347, 1956(h) and 3551 et
seq.; T. 28, U.S.C., §
2461(c))

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  AUG 14 2008  ★

BROOKLYN OFFICE

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Continuing Criminal Enterprise)

    1.   In or about and between January 1997 and October

2007, both dates being approximate and inclusive, within the

Eastern District of New York and elsewhere, the defendant RICARDO

MARIAN FANCHINI, also known as "Richard Rotmann," "Richard

Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo

Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy

Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina
Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"
and "Vasja," did knowingly and intentionally engage in a
continuing criminal enterprise, in that he committed violations
of Title 21, United States Code, Sections 841(a), 846, 952(a),
959 and 963, including violations one through fourteen set forth
below, which violations were part of a continuing series of
violations of those statutes undertaken by the defendant RICARDO
MARIAN FANCHINI, in concert with five or more other persons, with
respect to whom the defendant RICARDO MARIAN FANCHINI occupied a
position of organizer, supervisor and manager, and from which
continuing series of violations the defendant RICARDO MARIAN
FANCHINI obtained substantial income and resources.  The
continuing series of violations, as defined by Title 21, United
States Code, Section 848(c), includes the following violations
set forth below:

### Violation One
#### (Conspiracy to Import Cocaine and MDMA)

2.    In or about and between January 1997 and October
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant RICARDO
MARIAN FANCHINI, together with others, did knowingly and
intentionally conspire to import one or more controlled
substances into the United States from a place outside thereof,

which offense involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance; and (b) a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 952(a) and 963.

### Violation Two
(International Distribution Conspiracy)

3. In or about and between January 1997 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally conspire to distribute one or more controlled substances, intending and knowing that such substances would be imported into the United States from a place outside thereof, which offense involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, and (b) a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 959(a) and 963.

### Violation Three
(Conspiracy to Distribute Cocaine and MDMA)

4. In or about and between January 1997 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and

3

intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, and (b) a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

<u>Violation Four</u>
(Attempted Cocaine Possession)

5.   In or about and between January 1997 and March 1997, both dates being approximate and inclusive, within the Southern District of Florida and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846, and Title 18, United States Code, Section 2.

<u>Violation Five</u>
(Attempted Cocaine Possession)

6.   In or about and between November 1997 and December 1997, both dates being approximate and inclusive, within the Southern District of Florida and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and

intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846, and Title 18, United States Code, Section 2.

### Violation Six
(Attempted Possession of Approximately
4,000 Kilograms of Cocaine)

7.   In or about and between January 2001 and April 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846, and Title 18, United States Code, Section 2.

### Violation Seven
(International Distribution of Approximately
398 Kilograms of MDMA)

8.   In or about and between January 2001 and April 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and

intentionally distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing MDMA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 959(a), 960(a)(1) and 960(b)(1)(C), and Title 18, United States Code, Section 2.

<u>Violation Eight</u>
(International Distribution of Approximately
26 Kilograms of MDMA)

9.   In or about and between January 2001 and April 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing MDMA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 959(a), 960(a)(1) and 960(b)(1)(C), and Title 18, United States Code, Section 2.

<u>Violation Nine</u>
(Attempted Possession of Approximately
300 Kilograms of Cocaine)

10.   In or about April 2002, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN

6

FANCHINI, together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846, and Title 18, United States Code, Section 2.

<u>Violation Ten</u>
(Importation of Approximately
277 Kilograms of Cocaine)

11.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

<u>Violation Eleven</u>
(International Distribution of Approximately
277 Kilograms of Cocaine)

12.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the the District of South Carolina and elsewhere, the defendant RICARDO

7

MARIAN FANCHINI, together with others, did knowingly and intentionally distribute a controlled substance, intending and knowing that such substance would be imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(a), 960(a)(1) and 960(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

Violation Twelve
(Importation of Approximately
140 Kilograms of Cocaine)

13.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO MARIAN FANCHINI, together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

Violation Thirteen
(International Distribution of Approximately
140 Kilograms of Cocaine)

14.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the

8

District of South Carolina and elsewhere, the defendant RICARDO
MARIAN FANCHINI, together with others, did knowingly and
intentionally distribute a controlled substance, intending and
knowing that such substance would be imported into the United
States from a place outside thereof, which offense involved five
kilograms or more of a substance containing cocaine, a Schedule
II controlled substance, in violation of Title 21, United States
Code, Sections 959(a), 960(a)(1) and 960(b)(1)(B)(ii), and Title
18, United States Code, Section 2.

<u>Violation Fourteen</u>
(Attempted Possession of Approximately
100 Kilograms of Cocaine)

15.   In or about and between January 2005 and October
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant RICARDO
MARIAN FANCHINI, together with others, did knowingly and
intentionally attempt to distribute and possess with intent to
distribute a controlled substance, which offense involved five
kilograms or more of a substance containing cocaine, a Schedule
II controlled substance, in violation of Title 21, United States
Code, Sections 841(a), 841(b)(1)(A)(ii)(II) and 846, and Title
18, United States Code, Section 2.

(Title 21, United States Code, Sections 848(a) and
848(c); Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

9

COUNT TWO
(Conspiracy to Import Cocaine and MDMA)

16.   In or about and between January 1997 and October
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants
RICARDO MARIAN FANCHINI, also known as "Richard Rotmann,"
"Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini,"
"Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska,"
"Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis,"
"Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura,"
"Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack,"
"the Gypsy" and "Vasja," and NIKOLAI DOZORTSEV, also known as
"Nicky" and "Kolja," together with others, did knowingly and
intentionally conspire to import one or more controlled
substances into the United States from a place outside thereof,
which offense involved: (a) five kilograms or more of a substance
containing cocaine, a Schedule II controlled substance, and (b) a
substance containing MDMA, a Schedule I controlled substance, all
in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1),
960(b)(1)(B)(ii) and 960(b)(3); Title 18, United States Code,
Sections 3551 et seq.)

10

COUNT THREE
(International Distribution Conspiracy)

17.   In or about and between January 1997 and October
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendants
RICARDO MARIAN FANCHINI, also known as "Richard Rotmann,"
"Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini,"
"Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska,"
"Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis,"
"Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura,"
"Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack,"
"the Gypsy" and "Vasja," and NIKOLAI DOZORTSEV, also known as
"Nicky" and "Kolja," together with others, did knowingly and
intentionally conspire to distribute one or more controlled
substances, intending and knowing that such substances would be
imported into the United States from a place outside thereof,
which offense involved: (a) five kilograms or more of a substance
containing cocaine, a Schedule II controlled substance, and (b) a
substance containing MDMA, a Schedule I controlled substance, all
in violation of Title 21, United States Code, Section 959(a).

(Title 21, United States Code, Sections 959(c),
960(a)(3), 960(b)(1)(B)(ii), 960(b)(3) and 963; Title 18, United
States Code, Sections 3551 et seq.)

11

<u>COUNT FOUR</u>
(Conspiracy to Distribute Cocaine and MDMA)

18.    In or about and between January 1997 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," and NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute one or more controlled substances, which offense involved: (a) five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, and (b) a substance containing MDMA, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846, 841(b)(1)(A)(ii)(II) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 <u>et seq</u>.)

12

## COUNT FIVE
### (Attempted Cocaine Possession)

19.    In or about and between January 1997 and March 1997, both dates being approximate and inclusive, within the Southern District of Florida and elsewhere, the defendant RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT SIX
### (Attempted Cocaine Possession)

20.    In or about and between November 1997 and December 1997, both dates being approximate and inclusive, within the Southern District of Florida and elsewhere, the defendant RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard

Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT SEVEN
(Attempted Possession of Approximately
4,000 Kilograms of Cocaine)

21.   In or about and between January 2001 and April 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"

14

and "Vasja," together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code, Sections 2 and 3551 et seq.)

<u>COUNT EIGHT</u>
(International Distribution of Approximately
398 Kilograms of MDMA)

22.    In or about and between January 2001 and April 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," together with others, did knowingly and intentionally distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense

15

involved a substance containing MDMA, a Schedule I controlled
substance.

(Title 21, United States Code, Sections 959(a)
960(a)(3) and 960(b)(3); Title 18, United States Code, Sections 2
and 3551 et seq.)

<u>COUNT NINE</u>
(International Distribution of Approximately
26 Kilograms of MDMA)

23.    In or about and between January 2001 and April
2002, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant RICARDO
MARIAN FANCHINI, also known as "Richard Rotmann," "Richard
Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo
Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy
Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina
Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"
and "Vasja," together with others, did knowingly and
intentionally distribute a controlled substance, intending and
knowing that such substance would be unlawfully imported into the
United States from a place outside thereof, which offense

involved a substance containing MDMA, a Schedule I controlled
substance.

(Title 21, United States Code, Sections 959(a),
960(a)(3) and 960(b)(3); Title 18, United States Code, Sections 2
and 3551 <u>et</u> <u>seq.</u>)

COUNT TEN
(Attempted Possession of Approximately<br>300 Kilograms of Cocaine)

24.  In or about April 2002, within the Eastern
District of New York and elsewhere, the defendant RICARDO MARIAN
FANCHINI, also known as "Richard Rotmann," "Richard Fanchini,"
"Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina,"
"Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy
Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro,"
"Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek,"
"Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and
"Vasja," together with others, did knowingly and intentionally
attempt to distribute and possess with intent to distribute a
controlled substance, which offense involved five kilograms or
more of a substance containing cocaine, a Schedule II controlled
substance.

(Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code,
Sections 2 and 3551 <u>et</u> <u>seq.</u>)

17

## COUNT ELEVEN
(Importation of Approximately
277 Kilograms of Cocaine)

25.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," together with others, did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT TWELVE
(International Distribution of Approximately
277 Kilograms of Cocaine)

26.   In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO

MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," together with others, did knowingly and intentionally distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THIRTEEN
### (Importation of Approximately 140 Kilograms of Cocaine)

27. In or about and between January 2004 and January 2005, both dates being approximate and inclusive, within the District of South Carolina and elsewhere, the defendant RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina

19

Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"
and "Vasja," together with others, did knowingly and
intentionally import a controlled substance into the United
States from a place outside thereof, which offense involved five
kilograms or more of a substance containing cocaine, a Schedule
II controlled substance.

　　　　(Title 21, United States Code, Sections 952(a),
960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code,
Sections 2 and 3551 et seq.)

COUNT FOURTEEN
(International Distribution of Approximately
140 Kilograms of Cocaine)

　　　　28.   In or about and between January 2004 and January
2005, both dates being approximate and inclusive, within the
District of South Carolina and elsewhere, the defendant RICARDO
MARIAN FANCHINI, also known as "Richard Rotmann," "Richard
Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo
Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy
Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina
Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol,"
"Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy"
and "Vasja," together with others, did knowingly and
intentionally distribute a controlled substance, intending and
knowing that such substance would be unlawfully imported into the

20

United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 959(a), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

<u>COUNT FIFTEEN</u>
(Attempted Possession of Approximately
100 Kilograms of Cocaine)

29.   In or about and between January 2005 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska," "Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis," "Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura," "Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack," "the Gypsy" and "Vasja," and NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," together with others, did knowingly and intentionally attempt to distribute and possess with intent to distribute a controlled substance, which offense involved five

21

kilograms or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II) and 846; Title 18, United States Code, Sections 2 and 3551 <u>et</u> <u>seq</u>.)

COUNT SIXTEEN
(Marijuana Distribution)

30. In or about and between June 2007 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ARTHUR DOZORTSEV, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing marijuana, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D); Title 18, United States Code, Sections 2 and 3551 <u>et</u> <u>seq</u>.)

COUNT SEVENTEEN
(Money Laundering Conspiracy)

31. In or about and between January 1997 and October 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants RICARDO MARIAN FANCHINI, also known as "Richard Rotmann," "Richard Fanchini," "Riccardo Rotmann," "Riccardo Fanchini," "Riccardo Kozina," "Richard Kozina," "Riccardo Wojoiechowska,"

22

"Jerzy Bank," "Jeazy Bank," "Ioannis Skandalis-Themistoklis,"
"Kozina Ryszaro," "Michael Prokupecz," "Aksamity," "Yura,"
"Warhol," "Rysiek," "Richard Ryjwirski," "Bank," "the Polack,"
"the Gypsy" and "Vasja," NIKOLAI DOZORTSEV, also known as "Nicky"
and "Kolja," and ARTHUR DOZORTSEV, together with others, did
knowingly and intentionally conspire to conduct financial
transactions in and affecting interstate and foreign commerce, to
wit: the transportation, transmission and transfer of funds to
and through companies and bank accounts, which in fact involved
the proceeds of specified unlawful activity, to wit: narcotics
trafficking, in violation of Title 21, United States Code,
Sections 841(a)(1), 846, 848, 952(a), 959(a) and 963, health care
fraud, in violation of Title 18, United States Code, Section
1347, trafficking in contraband cigarettes, in violation of Title
18, United States Code, Section 2342, and trafficking in
counterfeit goods and services, in violation of Title 18, United
States Code, Section 2320, knowing that the property involved in
the financial transactions represented the proceeds of some form
of unlawful activity, (a) with the intent to promote the carrying
on of the specified unlawful activity, in violation of Title 18,
United States Code, Section 1956(a)(1)(A)(i), and (b) knowing
that the transactions were designed in whole and in part to
conceal and disguise the nature, the location, the source, the
ownership and the control of the proceeds of the specified

23

unlawful activity, in violation of Title 18, United States Code,
Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(h) and
3551 et seq.)

## COUNT EIGHTEEN
(Health Care Fraud)

32.    In or about and between April 2003 and August
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant NIKOLAI
DOZORTSEV, also known as "Nicky" and "Kolja," together with
others, did knowingly and willfully execute and attempt to
execute a scheme and artifice to defraud a health care benefit
program, to wit: Medicaid, and to obtain, by means of materially
false and fraudulent pretenses, representations and promises,
money and property owned by and under the custody and control of
said health care benefit program in connection with the delivery
of and payment for health care benefits and services.

(Title 18, United States Code, Sections 1347, 2 and
3551 et seq.)

## COUNT NINETEEN
(Health Care Fraud)

33.    In or about and between April 2003 and August
2007, both dates being approximate and inclusive, within the
Eastern District of New York and elsewhere, the defendant ARTHUR
DOZORTSEV, together with others, did knowingly and willfully

execute and attempt to execute a scheme and artifice to defraud a health care benefit program, to wit: Medicaid, and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property owned by and under the custody and control of said health care benefit program in connection with the delivery of and payment for health care benefits and services.

(Title 18, United States Code, Sections 1347, 2 and 3551 et seq.)

## COUNT TWENTY
### (Felon-In-Possession)

34.    On or about October 13, 2007, within the Eastern District of New York, the defendant NIKOLAI DOZORTSEV, also known as "Nicky" and "Kolja," having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce one or more firearms, to wit: a Browning .300 caliber "White Gold Medallion" rifle; a Marlin Slugmaster Model 512, 12 Gauge shotgun; a Franchi S.P.A., Brescia Model, 12 Gauge shotgun; and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATIONS AS TO COUNT ONE
### (Continuing Criminal Enterprise)

35.   The United States hereby gives notice to the defendant charged in Count One that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses, to forfeit (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations; and (c) any interest in, claims against, and property or contractual rights affording a source of control over, the continuing criminal enterprise, including, but not limited to, the following:

### Money Judgment

(a)   a sum of money equal to $300,000,000.00, the total amount of gross proceeds the defendants obtained as a result of the offense, for which the defendants are jointly and severally liable.

### Specific Property

(b)   all right, title and interest in the parcel or parcels of real property located in Newark, New Jersey, bounded on the north by Third Avenue East, on the east by Passaic Avenue,

26

on the south by Fourth Avenue East, and on the west by McCarter
Highway (New Jersey Route 21);

(c)    all right, title and interest in a Riva 63,
Vertigo #12 yacht purchased (or on order) from Lengers Yachts
B.V.;

(d)    all right, title and interest in 100,000 shares of
Edgetech International, Inc., registered to Arthur Dozortsen,
represented by Certificate No. 5379, seized from the residence of
Arthur Dozortsev;

(e)    all right, title and interest in 75,000 shares of
Sionix, registered to Arthur Dozortsev, represented by
Certificate No. 5041, seized from the residence of Arthur
Dozortsev;

(f)    all right, title and interest in one 2.19 karat
diamond seized from the residence of Nikolai Dozortsev;

(g)    all right, title and interest in $12,073.00 in
United States currency seized from the residence of Nikolai
Dozortsev;

(h)    all right, title and interest in Account Numbers
726379613 and 2724993205 held in the name of Arthur Dozortsev at
JP Morgan Chase;

(i)    all right, title and interest in Account Number
114-042098 held in the name of Dozortsev and Sons Trading at JP
Morgan Chase;

27

(j)  all right, title and interest in Account Number 3014006369 held in the name of Dozortsev Realty, LLC at North Fork Bank;

(k)  all right, title and interest in Condominium Unit 10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York; and

(l)  all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

36.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

(Title 21, United States Code, Section 853)

## CRIMINAL FORFEITURE ALLEGATIONS AS TO COUNTS TWO THROUGH SIXTEEN
(Drug Importation, Distribution, and Conspiracy)

37.   The United States hereby gives notice to the defendants charged in Counts Two through Sixteen that, upon their conviction of such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses, to forfeit (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations, including, but not limited to, the following:

### Money Judgment

(a)   a sum of money equal to $300,000,000.00, the total amount of gross proceeds the defendants obtained as a result of the offense, for which the defendants are jointly and severally liable.

### Specific Property

(b)   all right, title and interest in the parcel or parcels of real property located in Newark, New Jersey, bounded on the north by Third Avenue East, on the east by Passaic Avenue, on the south by Fourth Avenue East, and on the west by McCarter Highway (New Jersey Route 21);

29

(c)  all right, title and interest in a Riva 63,
Vertigo #12 yacht purchased (or on order) from Lengers Yachts
B.V.;

(d)  all right, title and interest in 100,000 shares of
Edgetech International, Inc., registered to Arthur Dozortsen,
represented by Certificate No. 5379, seized from the residence of
Arthur Dozortsev;

(e)  all right, title and interest in 75,000 shares of
Sionix, registered to Arthur Dozortsev, represented by
Certificate No. 5041, seized from the residence of Arthur
Dozortsev;

(f)  all right, title and interest in one 2.19 karat
diamond seized from the residence of Nikolai Dozortsev;

(g)  all right, title and interest in $12,073.00 in
United States currency seized from the residence of Nikolai
Dozortsev;

(h)  all right, title and interest in Account Numbers
726379613 and 2724993205 held in the name of Arthur Dozortsev at
JP Morgan Chase;

(i)  all right, title and interest in Account Number
114-042098 held in the name of Dozortsev and Sons Trading at JP
Morgan Chase;

(j)   all right, title and interest in Account Number 3014006369 held in the name of Dozortsev Realty, LLC at North Fork Bank;

(k)   all right, title and interest in Condominium Unit 10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York; and

(l)   all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

38.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

(Title 21, United States Code, Section 853)

31

CRIMINAL FORFEITURE ALLEGATION FOR COUNT SEVENTEEN
(Money Laundering Conspiracy)

39.   The United States hereby gives notice to the defendants charged in Count Seventeen that, upon their conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982, of all property involved in such offense of conviction in violation of Title 18, United States Code, Section 1956, or conspiracy to commit such offense, and all property traceable to such property, including but not limited to, the following:

Money Judgment

(a)   a sum of money equal to $300,000,000.00, the total amount of gross proceeds the defendants' obtained as a result of the offense, for which the defendants are jointly and severally liable.

Specific Property

(b)   all right, title and interest in the parcel or parcels of real property located in Newark, New Jersey, bounded on the north by Third Avenue East, on the east by Passaic Avenue, on the south by Fourth Avenue East, and on the west by McCarter Highway (New Jersey Route 21);

(c)   all right, title and interest in a Riva 63, Vertigo #12 yacht purchased (or on order) from Lengers Yachts B.V.;

32

(d)  all right, title and interest in 100,000 shares of Edgetech International, Inc., registered to Arthur Dozortsen, represented by Certificate No. 5379, seized from the residence of Arthur Dozortsev;

(e)  all right, title and interest in 75,000 shares of Sionix, registered to Arthur Dozortsev, represented by Certificate No. 5041, seized from the residence of Arthur Dozortsev;

(f)  all right, title and interest in one 2.19 karat diamond seized from the residence of Nikolai Dozortsev;

(g)  all right, title and interest in $12,073.00 in United States currency seized from the residence of Nikolai Dozortsev;

(h)  all right, title and interest in Account Numbers 726379613 and 2724993205 held in the name of Arthur Dozortsev at JP Morgan Chase;

(i)  all right, title and interest in Account Number 114-042098 held in the name of Dozortsev and Sons Trading at JP Morgan Chase;

(j)  all right, title and interest in Account Number 3014006369 held in the name of Dozortsev Realty, LLC at North Fork Bank;

(k)   all right, title and interest in Condominium Unit 10B and parking space 19PK located at 2803 Ocean Parkway, Brooklyn, New York; and

(l)   all right, title and interest in Condominium Unit 304 located at 444 West 19th Street, New York, New York.

40.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by reference into Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

(Title 21, United States Code, Section 853, Title 18, United States Code, Section 982)

34

## CRIMINAL FORFEITURE ALLEGATION FOR COUNTS EIGHTEEN AND NINETEEN
(Health Care Fraud)

41.   The United States hereby gives notice to the defendants charged in Counts Eighteen and Nineteen that, upon their conviction of such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(7), of all property real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, including but not limited to, the following:

Money Judgment

(a)   a sum of money equal to the total amount of gross proceeds the defendants obtained as a result of the offense, for which the defendants are jointly and severally liable.

42.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty;

35

it is the intent of the United States, pursuant to Title 21,
United States Code, Section 853(p), as incorporated by reference
into Title 18, United States Code, Section 982(b)(1), to seek
forfeiture of any other property of the defendants up to the
value of the above-described forfeitable property.

(Title 21, United States Code, Section 853, Title 18,
United States Code, Section 982)

<u>CRIMINAL FORFEITURE ALLEGATION FOR COUNT TWENTY</u>
(Felon-In-Possession)

43.   The United States hereby gives notice to the
defendant charged in Count Twenty that, upon his conviction of
such offense, the government will seek forfeiture in accordance
with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of all firearms
and ammunition involved in the commission of the offense,
including but not limited to a Browning .300 caliber "White Gold
Medallion" rifle; a Marlin Slugmaster Model 512, 12 Gauge

36

shotgun; a Franchi S.P.A., Brescia Model, 12 Gauge shotgun; and ammunition.

(Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c))

A TRUE BILL

[redacted]

_____

FOREPERSON

_____

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____

ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

37

FORM DBD.34

JUN.85

No. _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

EASTERN   District of   NEW YORK

THE UNITED STATES OF AMERICA

vs.

RICARDO MARIAN FANCHINI, a/k/a "Richard Rotmann,"
"Richard Fanchini," "Riccardo Rotmann," "Riccardo
Fanchini," "Riccardo Kozina," "Richard Kozina,"
"Riccardo Wojoiechowska," "Jerry Bank," "Jeazy
Bank," "Ioannis Skandalis-Themistoklis,"
"Kozina Ryszaro," "Michael Prokupecz," "Aksamity,"
"Yura," "Warhol," "Rysiek," "Richard Ryjwirski,"
"Bank," "the Polack," "the Gypsy" and "Vasja,"
NIKOLAI DOZORTSEV, a/k/a "Nicky" and "Kolja,"
and ARTHUR DOZORTSEV,

                                        Defendants.

## SUPERSEDING INDICTMENT

Cr. No.   07-736(S-3)(CPS)
(T.21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(ii)(II),
841(b)(1)(C), 841(b)(1)(D), 846, 848(a), 848(c), 853
853,952(a)959(a),959(c),960(a)(1),960(a)(3),
960(b)(1)(B)(ii), 960(b)(3) and 963; T. 18, U.S.C.,
§§ 2, 922(g)(1), 924(a)(2), 924(d), 982, 1347,
1956(h) and 3551 et seq.; T. 18, U.S.C., § 2461(c))

A true bill

_____
                Foreman

Filed in open court this _____ day,

Of _____ A.D. 19 ___

_____
                Clerk

Bail, $ _____

STEVE TISCIONE, AUSA 718-254-6317

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1.    Title of Case:  **United States v. Ricardo Marian Fanchini et al.**

2.    Related Magistrate Docket Number(s): M-07-1123

          None ()

3.    Arrest Date:    **Fanchini (10-03-07); Nikolai Dozortsev (10-13-07);
          Arthur Dozortsev (10-14-07)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★    AUG 14 2008    ★

BROOKLYN OFFICE

4.    Nature of offense(s):  ☒    Felony
                                        ☐    Misdemeanor

5.    Related Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
      Local E.D.N.Y. Division of Business Rules):
      <u>United States v. Dozortsev et al., 08 CR 044 (CPS)</u>

6.    Projected Length of Trial:    Less than 6 weeks    ()
                                              More than 6 weeks    (X)

7.    County in which crime was allegedly committed: <u>Brooklyn and Queens</u>
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Has this indictment/information been ordered sealed?    ( ) Yes  (X) No

9.    Have arrest warrants been ordered?    ( ) Yes  (X) No

                              BENTON J. CAMPBELL
                              UNITED STATES ATTORNEY

            By:    _____

                              Steven Tiscione
                              Assistant U.S. Attorney
                              718-254-6317

Rev. 3/22/01