

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLR:LDM:CSK
F#2008R00780

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 11, 2012

<u>Via ECF and Hand Delivery</u>

The Honorable Frederic Block
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>United States v. Dozortsev, et. al.</u>
           CR 07-736 (S-3)(FB)

Dear Judge Block:

    The United States respectfully submits this letter and the enclosed proposed Partial Final Order of Forfeiture as to 75,000 shares of Sinoix Corp. Stock, registered to Arthur Dorortsev, represented by Certificate No. 5041, and seized from the residence of Arthur Dozortsev, the defendant's brother and co-defendant (hereinafter "the Sionix Stock"). The Sionix Stock, in addition to a forfeiture money judgment and multiple other specific assets, were agreed to and directed to be forfeited to the United States pursuant to the Preliminary Order of Forfeiture, dated November 19, 2008. (Dkt. Entry # 118 at paragraph vi).[1]

    As the docket sheet in this criminal action reflects,

---

[1] This application and the enclosed proposed order regarding the Sionix Stock is separate and apart from the pending request by Third Party Petitioner, Regina Vadimova Linestskaya, for an ancillary hearing regarding the One 2.19 karat diamond seized from the residence of defendant Nikolai Dozortsev (Dkt. # 217) and the United States' response thereto (Dkt. # 218).
    With respect to the multiple other specifically forfeited assets listed in the Preliminary Order of Forfeiture (Dkt. # 118), apart from the cash amounts of U.S. currency seized from the defendant and his co-defendants, and the $175,000 paid in lieu of forfeiture of the McCarter Highway property (<u>see</u> Dkt. # 206-2), those other bank accounts and real properties located within the United States have been determined to have little or no net equity to pursue and those other assets located outside the United States continue to be pursued, to the extent possible, through international mutual legal assistance treaties via the United States Department of Justice's Office of International Affairs.

legal notice of the United States' intent to forfeit the Sionix Stock has been made; no third party has filed any petition or claim to the Sionix Stock; and the time to do so has expired. See Fed. R. Crim. P. 32.2; 21 U.S.C. § 853(n); Dkt. Entry ## 118; 137; and 206.

    Accordingly, the United States respectfully requests that the attached Partial Final Order of Forfeiture as to the Sinoix Stock be approved, executed and entered by the Court.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
   /s/

By: _____
Claire S. Kedeshian
Assistant U.S. Attorney
(718) 254-6051

Enclosure