SLR:LDM:CSK
F.#2007R00229/OCDETF #NY-NYE-0534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

|  |  |
|---|---|
| UNITED STATES OF AMERICA | PARTIAL FINAL ORDER OF FORFEITURE AS TO SINOIX CORP STOCK |
| - against - | CERTIFICATE #5041 |
| NIKOLAI DOZORTSEV, | 07 CR 736 (S-3) (FB) |
| Defendant. |  |

- - - - - - - - - - - - - - - - - -X

WHEREAS, on or about November 12, 2008, the defendant, NIKOLAI DOZORTSEV, pleaded guilty to counts seventeen and eighteen of the above-captioned superseding Indictment charging violations of 18 U.S.C. §§ 1956(h) (money laundering conspiracy) and 1347 (health care fraud);

WHEREAS, on or about November 20, 2008, upon consent of the defendant and the United States, the Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461, providing for the defendant to forfeit to the United States, inter alia, 75,000 shares of Sionix, registered to Arthur Dorortsev, represented by Certificate No. 5041, seized from the residence of Arthur Dozortsev (hereinafter the "Sionix Stock")(Dkt. # 118);

WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(3) legal notice of the Preliminary Order of Forfeiture was published on an official government website, www.forfeiture.gov for at least

thirty (30) consecutive days beginning on January 22, 2009 and ending February 20, 2009 (Dkt # 137);

WHEREAS, on or about December 7, 2010 as part of the defendant's sentencing and as attached to the Judgment and Conviction, the Court entered a Final Order of Forfeiture, which, inter alia, and except as amended therein, incorporated and kept the Preliminary Order of Forfeiture in full force and effect. (Dkt. # 206-2);

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Sionix Stock, and the time to do so under 21 U.S.C. § 853(n)(2) has expired;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1.    Pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and (c)(2), the Preliminary Order of Forfeiture entered by this Court is hereby made a partial Final Order of Forfeiture as to the Sionix Stock.

2.    All right, tile and interest in the Sionix Stock is hereby forfeited to the United States, pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461.

3.    The United States Marshals Service; Drug Enforcement Administration; and/or its duly authorized agents and contractors, be and the same hereby are directed to dispose of the Sionix Stock in accordance with all applicable laws and rules.

4.    This Partial Final Order pertains only to the Sionix

-2-

Stock.

     5.   This Court shall retain jurisdiction in this case for the purpose of to enforcing this Order.

     6.   The Clerk of the Court is directed to send, by inter-office mail, four (4) certified copies of this executed Order to Assistant United States Attorney, Claire S. Kedeshian, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
          January __ , 2012

 

_____
HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK