UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  NOTICE OF CHANGE OF ADDRESS

       v.

                                  07-CR-00736 (FB)

FANCHINI, ET AL.,
                    Defendant(s)

-------------------------------------------------------X


       GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:


                                                      _____
                                                      Gerald L. Shargel
                                                      1790 Broadway, Ste. 1501
                                                      New York, NY 10019
                                                      gshargel@shargellaw.com
                                                      (212) 446-2323
                                                      (212) 446-2330 (fax)