Exhibit A

**U.S. Department of Justice**
**Drug Enforcement Administration**

# REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. C1-07-0094 | 2. G-DEP Identifier YNH1J |
| 3. File Title DOZORTSEV, Nikolai | |
| 4. Page 4 of 9 | |
| 5. Program Code | 6. Date Prepared 10/14/07 |

the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N59 pending transfer to the NYFD Non-Drug Evidence Vault.

**Exhibit N60** - Photo and JPMorgan Chase checking documents for Nikolai DOZORTSEV. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N60 from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N60 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N60 pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N61 - Documents - Handwritten ledgers; New York State health benefits cards for Nikolai, Irina, Gabriel, and Michael; checkbook for Astoria Federal account 8310698226; Phone numbers and addresses; and Astoria Federal documents for account 9001245490; and other documents. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N61 from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N61 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N61 pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N62 - Documents - Sophie PERSITS lawsuit documents; tax returns; project brief for biodiesel fuel production by ESSENTIAL GENERAL TRADING; art purchases; Astoria Federal documents; certification for gun (Exhibit N81); release from Florida jail; business card for ADMIRAL STROYINVEST, LTD for Nikolai DOZORTSEV, and other documents. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N62 from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N62 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N62 pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N63 - Documents - Handwritten note 407-52346965 "only from new phone" and 373-68132343 "Yulik only from new black"; Smuggling ledgers with Iulian BADRAJAN's name; Handwritten ledger that names Arsen ATOYAN, Katia ROTMANN, and Jolanta FANCHINI; E-mail with instructions to pay

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**...partment of Justice**
**...nforcement Administration**

## REPORT OF INVESTIGATION
(Continuation)

| | |
|---|---|
| 1. File No. C1-07-0094 | 2. G-DEP Identifier YNH1J |
| 3. File Title DOZORTSEV, Nikolai | |

4. Page 5 of 9

| | |
|---|---|
| 5. Program Code | 6. Date Prepared 10/14/07 |

~~FANCHINI's attorney; Smuggling ledger with Boris' name; miscellaneous smuggling ledgers; note about retrieving Riva money and note "need good clean people who are willing to send direct to his lawyer"; Ed BORTZ business card; Michael DEKHTYER business card; Willow Financial business cards; Richard ROTMANN business card; Bas LENGERS business card; and other documents. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N63 from the living room of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N63 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N63 pending transfer to the NYFD Non-Drug Evidence Vault.~~

~~Exhibit N64 - Documents - Diamond ledger dated 09/06/07 that names Henryk; JPMorgan Chase check book that lists checks to Angela NAYFELD, BLS PROPERTIES; and other large-dollar checks; Plane/train tickets from recent trip to Europe; Directions to FANCHINI's house; Phone records; Four cell phones; and other documents. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N64 from the kitchen table of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N64 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N64 pending transfer to the NYFD Non-Drug Evidence Vault.~~

~~Exhibit N65 - Documents - Riva financing documents; miscellaneous travel documents; gas station proposal; NORTH LILY MINE documents; WEBECD.COM, INC to include $550,000 payment to Jolanta; and other documents. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N65 from the living room floor of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N65 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N65 pending transfer to the NYFD Non-Drug Evidence Vault.~~

==Exhibit N78 - Diamond. On October 13, 2007, SA Menzer transported Exhibit N60 to the NYFD Office. Upon inspection of Exhibit N60 while preparing the Exhibit for storage, SA Menzer discovered what appeared to be a diamond contained within a GIA Certificate. SA Menzer sealed the stone in==

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
(Continuation)

1. File No.: [redacted] CI-07-[redacted]
2. G-DEP Identifier: [redacted] YNH1[redacted]
3. File Title: DOZORTSEV, Nikolai
4. Page 6 of 9
5. Program Code:
6. Date Prepared: 10/14/07

an Evidence Bag and submitted to the NYFD Overnight Storage Vault pending an appraisal. The stone was subsequently assigned Exhibit Number N78.

Exhibit N79 - Browning .30 caliber Rifle. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N79 from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N79 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N79 pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N79A - Metal gun case. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N79A from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N79A was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N79A pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N80 - Marlin shotgun. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N80 from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N80 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N80 pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N80A - Shotgun case. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N80A from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N80A was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N80A pending transfer to the NYFD Non-Drug Evidence Vault.

Exhibit N81 - Benelli shotgun. On October 13, 2007, SA Menzer, as witnessed by SA Hoffman, seized Exhibit N81 from the master bedroom of 2805 Ocean Parkway, Apt 10B, Brooklyn, NY. Exhibit N81 was transported to the NYFD Office, 99 Tenth Avenue, New York, NY by SA Menzer, as witnessed by SA Byrd. SA Menzer signed, sealed, dated, and secured Exhibit N81 pending transfer to the NYFD Non-Drug Evidence Vault.

DEA Form - 6a (Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

3 - Originating Office

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.