Exhibit B

# GIA
### GEMOLOGICAL INSTITUTE OF AMERICA

**New York** Laboratory Headquarters
580 Fifth Avenue | New York, NY 10036-4794
T: 212-221-5858 | F: 212-575-3095

**Carlsbad**
5355 Armada Drive | Carlsbad, CA 92008-4699
T: 760-603-4500 | F: 760-603-1814
www.gia.edu

## DIAMOND GRADING REPORT

GIA REPORT 16283905

September 20, 2007

Shape and Cutting Style ................... Round Brilliant
Measurements ........................... 8.34 - 8.53 x 5.08 mm

### GRADING RESULTS - GIA AGS

Carat Weight ................................... 2.19 carat
Color Grade ........................................... G
Clarity Grade ....................................... VS1
Cut Grade ........................................... Good

### ADDITIONAL GRADING INFORMATION

Finish
 Polish ........................................... Good
 Symmetry ........................................ Good
Fluorescence ........................... Very Strong Blue

Comments:
None

**GIA COLOR SCALE**: D E F G H I J K L M N O P Q R S T U V W X Y Z (Colorless / Near Colorless / Faint / Very Light / Light)

**GIA CLARITY SCALE**: Flawless / Internally Flawless / VVS1 / VVS2 / VS1 / VS2 / SI1 / SI2 / I1 / I2 / I3

**GIA CUT SCALE**: Excellent / Very Good / Good / Fair / Poor

### REFERENCE DIAGRAMS





Profile to Actual Proportions

60% / 62% / 14.0° / 36.0° / extremely thin - medium (faceted) / 60.2% / 44.0° / 41.6° / 80% / very small

**KEY TO SYMBOLS**
- ^ Chip
- Pinpoint
- ^ Extra Facet

Red symbols denote internal characteristics (inclusions). Green or black symbols denote external characteristics (blemishes). Diagram is an approximate representation of the diamond, and symbols shown indicate type, position, and approximate size of clarity characteristics. All clarity characteristics may not be shown. Details of finish are not shown.


278804401

This Report is not a guarantee, valuation or appraisal and contains only the characteristics of the diamond described herein after it has been graded, tested, examined and analyzed by the GIA Laboratory and/or has been inscribed using the techniques and equipment used by the GIA Laboratory at the time of the examination and/or inscription. Inscriptions reported in this document are not a guarantee, validation, or warranty of an article's quality, country of origin or source; or that the article will be identifiable by the inscription in the future (since inscriptions can be removed). GIA makes no representation concerning any trademark, word, or symbol which is inscribed by GIA or which is identified on this Report. The recipient of this Report may wish to consult a credentialed jeweler or gemologist about the information contained herein.



**IMPORTANT LIMITATIONS ON BACK**
©2007 GEMOLOGICAL INSTITUTE OF AMERICA, INC.



0318786301

JOB: 79038901          05

September 20, 2007
GIA Report: 16283905
**Round Brilliant**
8.34- 8.53 x 5.08 mm
Carat Weight: 2.19 carat
Color: G
Clarity: VS1
**Cut: Good**
Total Depth: 60.2%
Table Size: 62%
Crown Angle: 36.0°
Crown Height: 14.0%
Pavilion Angle: 41.6°
Pavilion Depth: 44.0%
Star Length: 60%
Lower Half: 80%
Girdle: Extremely Thin to Medium, Faceted(2.3%)
Culet: Very Small
Polish: Good
Symmetry: Good
Fluorescence: Very Strong Blue
Comments: None
Key to Symbols: Chip, Pinpoint, Extra Facet

The World's Foremost Authority in Gemology™
www.gia.edu



GIA | GEMOLOGICAL INSTITUTE OF AMERICA®

September 20, 2007
GIA Report: 16283905
Round Brilliant
8.34- 8.53 x 5.08 mm
Carat Weight: 2.19 carat
Color: G
Clarity: VS1
Cut: Good
TBL: 62%  TD: 60.2%
CA: 36.0°  PA: 41.6°
ST: 60%  LH: 80%
Girdle: ETN to MED, F
Culet: VSM
Polish: Good
Symmetry: Good
Fluorescence: Very Strong Blue
None
Key: Chip, Pinpoint, Extra Facet