**Exhibit C**

**C. Kirk Root, Austin Jewelry Appraisers**
4307 Andalusia Drive
Austin, Texas 78769
TIN: 1-74-2553768-0
Phone:   (512) 346-1780   Fax:   (512) 346-4113
Email:   info@austinjewelryappraisers.corp

Contract Number:   **DJMS-08-AFO-A-0015**
Contract Title:   **BPA Appraisal Services**

## APPRAISAL REPORT

**TOTAL APPRAISED VALUES:**

| Replacement Value | Liquidation Value | Fair Market Value |
|---|---|---|
| $   28,350.00 | $   12,600.00 | $   21,000.00 |

| Date Appraised | Sub-Task Order # | District | CATS ID # | Item # | Replacement Value | Liquidation Value | Fair Market Value | Condition | Description |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2009 | R10A-HQ-30038 | NYE | 08-DEA-491435 | 1 | S   28,350.00 | S   12,600.00 | S   21,000.00 | Very Good | LOOSE DIAMOND: 2.19ct round brilliant cut diamond. 8.34mm x 6.53mm x 5.08mm  Good cut, G color w/ very strong blue fluorescence (lw)  VS1 clarity. GIA-GTL Diamond Grading Report 16283905 |

10/29/2009

1