Exhibit E

Kedeshian, Claire (USANYE)
===

| | |
|---|---|
| **From:** | Kedeshian, Claire (USANYE) |
| **Sent:** | Tuesday, July 02, 2013 2:51 PM |
| **To:** | 'bzone@mosessinger.com' |
| **Cc:** | Tiscione, Steven (USANYE); Solomon, Alexander (USANYE) |
| **Subject:** | FW: Activity in Case 1:07-cr-00736-FB USA v. Fanchini et al Scheduling Order |
| **Attachments:** | USA 1062012 Letter to Zone.pdf; FIRST discovery request to Third Party Petitioner Linetskaya_mtd.pdf |
| **Importance:** | High |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'bzone@mosessinger.com' | | |
| Tiscione, Steven (USANYE) | Delivered: 7/2/2013 2:51 PM | Read: 7/2/2013 2:53 PM |
| Solomon, Alexander (USANYE) | Delivered: 7/2/2013 2:51 PM | Read: 7/2/2013 2:59 PM |

Dear Mr. Zone:

In connection with the forthcoming evidentiary hearing, now scheduled by the Court to be held on September 5, 2013 at 11 am, the United States hereby re-sends to you via email an additional copy of the United States' January 6, 2012 Letter and the United States' First Set of Interrogatories and Requests for Production to Third Party Petitioner, which were previously sent to your via Federal Express on or about Jan. 6, 2012. To date, over a year and a half later, such outstanding discovery has not yet been responded to nor has any justification for such failure to respond been provided by you as counsel to the alleged Third Party Petitioner. Kindly ensure complete and verified responses to such outstanding discovery are provided forthwith.

The United States reserves all its rights in connection with this ongoing matter.
Thank you.

---------------------------------------
Claire S. Kedeshian
Assistant U. S. Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6051

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Tuesday, July 02, 2013 11:52 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:07-cr-00736-FB USA v. Fanchini et al Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first

viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/2/2013 at 11:52 AM EDT and filed on 7/2/2013
**Case Name:**      USA v. Fanchini et al
**Case Number:**    1:07-cr-00736-FB
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**SCHEDULING ORDER: An evidentiary hearing is scheduled for September 5, 2013 @ 11AM with respect to claimant Regina V. Linetskaya motion [216] for return of property. The parties shall be prepared to present testimony and exhibits as to their claims to the forfeituted property. Counsel shall notify the Court promptly by ECF letter if this motion has been resolved. There will be no formal notice mailed to counsel. Upon receipt of this email counsel shall confirm with each other the date and time of this hearing. Ordered by Judge Frederic Block on 7/2/2013. (Innelli, Michael)**

**1:07-cr-00736-FB-2 Notice has been electronically mailed to:**

Claire S. Kedeshian claire.kedeshian@usdoj.gov, USANYE-CRDOCKET@usdoj.gov

Barry S. Zone bzone@mosessinger.com

Steven Lawrence Tiscione steven.tiscione@usdoj.gov, USANYE-CRDOCKET@usdoj.gov

Alexander A. Solomon alexander.solomon@usdoj.gov, USANYE-CRDOCKET@usdoj.gov

Evan S. Weitz evan.weitz@usdoj.gov, dionne.gill@usdoj.gov

**1:07-cr-00736-FB-2 Notice will not be electronically mailed to:**

Edward V. Sapone
Law Offices of Edward V. Sapone
40 Fulton Street
23rd Flr.
New York, NY 10038

Gerald L. Shargel
Law Office of Gerald Shargel
1790 Broadway
Suite 1501
New York, NY 10019

## Kedeshian, Claire (USANYE)

**From:** Barry S. Zone <bzone@MOSESSINGER.COM>
**To:** Kedeshian, Claire (USANYE)
**Sent:** Tuesday, July 02, 2013 2:52 PM
**Subject:** Read: FW: Activity in Case 1:07-cr-00736-FB USA v. Fanchini et al Scheduling Order

Your message

  To:
  Subject: Activity in Case 1:07-cr-00736-FB USA v. Fanchini et al Scheduling Order
  Sent: Tuesday, July 02, 2013 2:52:29 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Tuesday, July 02, 2013 2:52:20 PM (UTC-05:00) Eastern Time (US & Canada).

1